COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ (147029)
THOMAS E. EGLER (189871)
LAUREN G. KERKHOFF (236902)
CHRISTINA A. ROYCE (254551)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@csgrr.com
tome@csgrr.com
lkerkhoff@csgrr.com
croyce@csgrr.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID H. LUTHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS SERVICING, LP, et al.,<br><br>Defendants. | No. 2:07-cv-08165-MRP(MANx)<br><br>NOTICE OF MOTION AND MOTION FOR REMAND TO STATE COURT AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE: February 25, 2008<br>TIME: 10:00 a.m.<br>CTRM: 12<br>JUDGE: The Honorable Mariana R. Pfaelzer |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on February 25, 2008, at 10:00 a.m., or soon thereafter as the matter may be heard before the Honorable Mariana R. Pfaelzer, United States District Court for the Central District of California, in Courtroom 12 at the United States Courthouse, 312 North Spring Street, Los Angeles, CA 90012, plaintiff David H. Luther will, and hereby does, move the Court for an Order remanding the above-titled action to the Superior Court of California, County of Los Angeles. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 8, 2008. The motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Remand to State Court and an Award of Attorneys' Fees and Expenses, the Declaration of Spencer A. Burkholz, and all exhibits thereto, the pleadings and evidence submitted herewith, and any other information submitted before or during the hearing on this matter.

DATED: January 10, 2008

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ
THOMAS E. EGLER
LAUREN G. KERKHOFF
CHRISTINA A. ROYCE

s/ SPENCER A. BURKHOLZ
SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

DEUTSCH & LIPNER
SETH E. LIPNER
1325 Franklin Avenue, Suite 225
Garden City, NY 11530
Telephone: 516/294-8899
516/742-9416 (fax)

Attorneys for Plaintiff

S:\CasesSD\CWALT\MOT00048249 Remand.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2008.

s/ SPENCER A. BURKHOLZ

SPENCER A. BURKHOLZ

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: SpenceB@csgrr.com

# Mailing Information for a Case 2:07-cv-08165-MRP-MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Spencer A Burkholz**
  spenceb@csgrr.com
- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com
- **Darren J Robbins**
  e_file_sd@csgrr.com
- **Samuel H Rudman**
  srudman@lerachlaw.com
- **Lloyd Winawer**
  lwinawer@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Inez H Friedman-Boyce**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

**Paul J Geller**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

**Seth E Lipner**
Deutsch & Lipner
1325 Franklin Avenue Suite 225
Garden City, NY 11530

**David C Walton**
Coughlin Stoia Geller Rudman and Robbins LLP
655 West Broadway Suite 1900
San Diego, CA 92101