COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ (147029)
THOMAS E. EGLER (189871)
LAUREN G. KERKHOFF (236902)
CHRISTINA A. ROYCE (254551)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@csgrr.com
tome@csgrr.com
lkerkhoff@csgrr.com
croyce@csgrr.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID H. LUTHER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS SERVICING, LP, et al.,<br><br>    Defendants. | No. 2:07-cv-08165-MRP(MANx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO STATE COURT AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE:   February 25, 2008<br>TIME:   10:00 a.m.<br>CTRM:  12<br>JUDGE: The Honorable<br>             Mariana R. Pfaelzer |

1  Having considered Plaintiff's Motion for Remand to State Court and an Award
2  of Attorneys' Fees and Expenses, and good cause showing, IT IS HEREBY
3  ORDERED:

4  The present case of *David H. Luther v. Countrywide Home Loans Servicing,
5  LP, et al.*, is remanded to the Superior Court of California, County of Los Angeles for
6  all further proceedings.  The plain language of the Class Action Fairness Act of 2005
7  expressly excludes the removal of any class action that solely involves a claim "that
8  relates to the rights, duties . . . and obligations" relating to any security.  28 U.S.C.
9  §1332(d)(9)(C).  Moreover, removal statutes are to be strictly construed and all doubts
10 are to be resolved in favor of remand.  *See Shamrock Oil & Gas Corp. v. Sheets*, 313
11 U.S. 100, 108-09, 61 S. Ct. 868, 872, 85 L. Ed. 1214, 1219 (1941); *Duncan v.
12 Stuetzle*, 76 F.3d 1480, 1485 (9th Cir. 1996).  For these reasons, as well as those stated
13 in the briefs and other argument, Plaintiff's Motion for Remand to State Court and an
14 Award of Attorneys' Fees and Expenses is GRANTED.  The Court will consider a
15 separate request under 28 U.S.C. §1447(c) for attorneys' fees and expenses, but still
16 remove this case forthwith.

17  IT IS SO ORDERED.

19 DATED: _____     _____
20                              THE HONORABLE MARIANA R. PFAELZER
                                 UNITED STATES DISTRICT JUDGE

S:\CasesSD\CWALT\ord00048277.doc

- 1 -